**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **RACHEL M. MCNAUGHTON,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| vs. | * |
| | *   CIVIL ACTION NO. 20-00500-B |
| **KILOLO KIJAKAZI,** | * |
| **Acting Commissioner of** | * |
| **Social Security,** | * |
| | * |
|     **Defendant.** | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income be **AFFIRMED.**

**DONE** this **6th** day of **September, 2022.**

                                                        /s/ SONJA F. BIVINS
                                     **UNITED STATES MAGISTRATE JUDGE**